# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Stewart-Bellazer, | No. CV-16-00055-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Conn Appliances Incorporated, | |
| Defendant. | |

Pending before the Court is the Parties' Stipulation for Dismissal with Prejudice. (Doc. 20.) Good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal is **approved**. This case is **dismissed with prejudice**. Each party is to bear his or its own costs and attorney's fees. The Clerk of Court is directed to close this case.

Dated this 10th day of February, 2017.

Honorable Rosemary Márquez
United States District Judge